IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIE A. LEWIS, § | |
|     Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:08-CV-724-Y |
| § | |
| DEE ANDERSON, Sheriff, § | |
| Tarrant County, Texas, § | |
|     Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Willie A. Lewis, along with the February 11, 2009, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until March 4 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed as moot.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED, and the petition will be dismissed as moot.

Willie A. Lewis's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED as moot.

SIGNED March 10, 2009.

                                            TERRY R. MEANS
                                            UNITED STATES DISTRICT JUDGE